**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Avenue, Suite 215**
**Sacramento, CA  95825**
**Tel:  (916) 974-3500**
**Fax: (916) 927-2009**
**E-mail: dheller@donaldhellerlaw.com**

**ATTORNEYS FOR  DEFENDANT**
**CASSANDRA MOORE**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASSANDRA MOORE, et.al.<br><br>Defendants. | CASE NO.  Cr. 09-0230-JAM<br><br>WAIVER OF PERSONAL APPEARANCE |

Pursuant to Federal Rules of Criminal Procedure, Rule 43, defendant, Cassandra Moore, herby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, inpanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver and agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if the defendant were

PDF created with pdfFactory trial version www.pdffactory.com

personally present. Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in her absence.

The defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes her attorney to schedule dates and consent to the exclusion of time pursuant to said Act without her personal appearance.

Dated: June 28, 2009            */s/ Cassandra Moore*
                                Cassandra Moore

Dated: June 28, 2009            */s/ Donald H. Heller*
                                Donald H. Heller
                                DONALD H. HELLER,
                                A Law Corporation

                                Attorney for Defendant
                                Cassandra Moore

## ORDER

GOOD CAUSE APPEARING, Defendant Cassandra Moore's waiver of personal appearance is hereby accepted by the Court. **IT IS SO ORDERED.**

Dated: June 30, 2009

                                /s/ John A. Mendez
                                John A. Mendez
                                United States District Judge

2
**DEFENDANT CASSANDRA MOORE'S WAIVER OF PRESENCE**

PDF created with pdfFactory trial version www.pdffactory.com