1  **DONALD H. HELLER, SBN 55717**
2  **DONALD H. HELLER,**
   **A Law Corporation**
3  **655 University Avenue, Suite 215**
   **Sacramento, CA  95825**
4  **Tel:  (916) 974-3500**
   **Fax: (916) 927-2009**
5  **E-mail: dheller@donaldhellerlaw.com**
6
7  **ATTORNEYS FOR  DEFENDANT**
   **CASSANDRA MOORE**
8
9
10             IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISCTRICT OF CALIFORNIA
11
12 | UNITED STATES OF AMERICA, | CASE NO.  Cr. 09-0230-JAM |
13 | Plaintiff, | |
14 | vs. | EX PARTE APPLICATION FOR AN ORDER PERMITTING DEFENDANT TO TRAVEL FROM CALIFORNIA TO THE DISTRICT OF IDAHO TO ATTEND A FUNERAL OF A FAMILY MEMBER |
15 | CASSANDRA MOORE, et.al. | |
16 | Defendants. | |

18    Comes now Defendant Cassandra Moore and respectfully requests permission to
19 travel from California to the District of Idaho, to attend the funeral for Defendant's late aunt
20 Grace Henry in Lewiston, Idaho during the weekend of August 15, 2009.  Current Ms.
21
22 Moore is restricted by pretrial conditions of release to the Eastern and Central Districts of
23 California, and the funeral for Ms. Moore's aunt will be conducted in Lewiston, Idaho during
24 the weekend of August 15, 2009, according permission is requested to permit the Defendant
25
26 to travel to and from the District of Idaho between August 14, 2009 and August 17, 2009.  I
27 attempted contact call Assistant U.S. Attorney Robin Taylor and Ms. Taylor's voice mail
28 reflected that she was out of her office until August 17, 2009.

1

**EX PARTE APPLICATION AND PROPOSED ORDER PERMITTING**           **CASE NO.  Cr. 09-0230-JAM**
**DEFENDANT MOORE TO TRAVEL TO AND FROM THE**
**DISTRICT OF IDAHO FOR A FUNERAL**

PDF created with pdfFactory trial version www.pdffactory.com

Dated: June 28, 2009   /s/ *Donald H. Heller*
Donald H. Heller
DONALD H. HELLER,
A Law Corporation

Attorney for Defendant
Cassandra Moore

## ORDER

GOOD CAUSE APPEARING, It is hereby Ordered that Defendant Cassandra Moore's Travel restricts are hereby modified allowing Ms. Moore to travel from California on August 14, 2009 to Lewiston, Idaho and to return from Lewiston, Idaho to California on August 17, 2009.  **IT IS SO ORDERED.**

Dated:  August 12, 2009   /s/ John A. Mendez
John A. Mendez
United States District Judge

2

**EX PARTE APPLICATION AND PROPOSED ORDER PERMITTING**        **CASE NO.  Cr. 09-0230-JAM**
**DEFENDANT MOORE TO TRAVEL TO AND FROM THE**
**DISTRICT OF IDAHO FOR A FUNERAL**

PDF created with pdfFactory trial version www.pdffactory.com