UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:09-cr-00230 GGH |
| v. | ) | |
| | ) | |
| MICHAEL DAVID SANDERS | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ( ) Ad Prosequendum    (X) Ad Testificandum

Name of Detainee: Rico Nava
Detained at (custodian): Sacramento County Jail
Detainee is: a.) ( ) charged in this district by: ( ) Indictment ( ) Information ( ) Complaint
      charging detainee with: _____
 or b.) (X) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (X) return to the custody of detaining facility upon termination of proceedings
 or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on February 12, 2010, at 11:00 a.m. in the Eastern District of California.*

Signature: /s/Robin R. Taylor
Printed Name & Phone No: AUSA ROBIN R. TAYLOR 916-554-2722
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
( ) Ad Prosequendum    (X Ad Testificandum

 The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *February 12, 2010, at 11:00 a.m.* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: February 11, 2010

    /s/ Gregory G. Hollows
    _____
    United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____  Male Female
Booking or CDC #: _____  DOB:
Facility Address: Sacramento County Jail  Race:
   _____  FBI #:
Facility Phone: _____
Currently Incarcerated For: _____

### RETURN OF SERVICE

Executed on _____ By: _____
            (Signature)