**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No.  Cr. 09-0230-JAM |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | **CONTINUING SENTENCING** |
| | ) | |
| **CASSANDRA MOORE,** | ) | |
| **Defendant.** | ) | |

**GOOD CAUSE APPEARING**, based on the Stipulation between the Government and the Defendant Cassandra Moore through counsel that the sentencing hearing scheduled for April 26, 2010, at 9:00 A.M., before this Court is hereby continued until May 24, 2010, at 9:00A.M. before this Court.

IT IS SO ORDERED.

Dated: April 9, 2010            /s/ Gregory G. Hollows
                                _____
                                GREGORY HOLLOWS
                                United States Magistrate Judge

Moore.eot

-1-
**ORDER**                                                **CASE NO. 2:08-CR-0396 MCE**